1906.) In the matter of the opening of East 178th street. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re E. C. BELL MFG. CO. (Supreme Court, Appellate Division, First Department. June 20, 1906.) In the matter of the E. C. Bell Manufacturing Company. No opinion. Order affirmed, with $10 costs and disbursements. Motion dismissed, without costs.

In re EDWARDS. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) In the matter of the application of William H. Edwards for admission to the bar. No opinion. Application granted.

EIFFERT, Appellant, v. EIFFERT, Respondent. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) Action by Johanna Eiffert against Frederick R. Eiffert and James M. Chatterton. No opinion. Interlocutory judgment affirmed on argument, with costs.

ELIAS v. EISENBERG. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by Joseph Elias against Joseph Eisenberg. No opinion. Motion granted, with $10 costs. Order filed.

ELICE, Appellant, v. BARKAN, Respondent. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Samuel Elice against Morris Barkan. No opinion. Judgment of the Municipal Court affirmed, with costs.

ENSINGER, Respondent, v. HEALY et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by Grace Ensinger against John Healy, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements.

In re ERHARDT. (Supreme Court, Appellate Division, First Department. July 12, 1906.) In the matter of William H. Erhardt. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re ESCHER et al. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) In the matter of the application of Henry Escher, Jr., as special guardian of Edythe M. Kainer and Camille J. N. Kainer, against Hugo Wantzelius, and the Ætna Indemnity Company. No opinion. Decree of the Surrogate's Court of Kings County affirmed, with costs.

In re ESCHER (two cases). (Supreme Court, Appellate Division, Second Department. June 27, 1906.) In the matter of the application of Henry Escher, Jr., as special guardian of Edythe M. Kainer, an infant, for the removal of Hugo Wantzelius as general guardian of said infant and as special guardian of Camille J. N. Kainer. No opinion. Motions granted.

FAGAN, Respondent, v. McDONNELL et al., Appellants (Nos. 2, 3, 4). (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Actions by Mary E. Fagan against Charles E. McDonnell and others. No opinion. Motion for stay denied, unless the defendants stipulate that the appeal in these three cases abide the result of the appeal in action No. 1. 100 N. Y. Supp. 641.

FAHEY, Appellant, v. BROWN, Respondent. (Supreme Court, Appellate Division, Third Department. June 27, 1906.) Action by James P. Fahey against Joseph Brown. No opinion. Judgment affirmed, with costs.

FARLEY, Respondent, v. SAMUEL MUNDHEIM CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Thomas M. Farley against the Samuel Mundheim Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

FASSOTT, Appellant, v. MAYER, Respondent. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) In the matter of the summary proceedings of Joseph A. Fassott against Johanna Mayer. No opinion. Final order of the county judge of Kings county affirmed, with $10 costs and disbursements.

FAULKNER et al., Respondents, v. AEX, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) Action by John H. Faulkner and others against Paul Aex. No opinion. Judgment and order affirmed, with costs.

FAY, Appellant, v. ARIZONA COMMERCIAL CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by James H. Fay against the Arizona Commercial Company and others. C. P. Howland, for appellant. H. Aaron, for respondents. No opinion. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs in this court and in the court below. Order filed.

FAY v. ARIZONA COMMERCIAL CO. et al. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Action by James H. Fay against the Arizona Commercial Company and another. No opinion. Motion denied. Order filed.

FECHNER, Appellant, v. CENTRAL NEW ENGLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 5, 1906.) Action by Adolph Fechner, Jr., against the Central New England Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

FELTENSTEIN v. ERNST et al. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Action by Sidonia Feltenstein against Moritz L. Ernst and others. No opinion. Motion denied, with $10 costs. Order filed.